**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **SHERRIE M. LEEPER,** | ) | |
| | ) | |
|     **PLAINTIFF** | ) | |
| | ) | |
| v. | ) | **CIVIL NO. 2:10-CV-260-DBH** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) | |
| | ) | |
|     **DEFENDANT** | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On June 24, 2011, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision. The plaintiff filed her objection to the Magistrate Judge's Recommended Decision on July 8, 2011. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Commissioner's decision is **AFFIRMED**.

    **SO ORDERED.**

    **DATED THIS 15TH DAY OF JULY, 2011**

                                           /S/D. BROCK HORNBY
                                           **D. BROCK HORNBY**
                                           **UNITED STATES DISTRICT JUDGE**